UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov


In re                                                           CASE NO.      05-42040-BKC-AJC through
                                                                              05-42049-BKC-AJC
EPIXTAR CORP.,                                                  (Jointly Administered)

        Debtor.                                                 CHAPTER 11

_____/


EPIXTAR CORP.,                                                  ADV. NO. 08-01208 BKC-AJC-A

        Plaintiff,

v.

MCCLAIN & COMPANY, L.C.
CBIZ, INC. and MICHAEL DESIATO,

        Defendants.
_____/

### DEFENDANTS' MOTION FOR THIRTY (30) DAY EXTENSION OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

        Defendants, MCCLAIN & COMPANY, L.C., and CBIZ, INC., (collectively referred to as the "Defendants"), by and through their undersigned counsel, and pursuant to the applicable Local Bankruptcy Rules, hereby file this Motion for a Thirty (30) Day Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment to which a response is due on June 1, 2009, and in support of its Motion, respectfully represent the following:

        1.      On May 22, 2009, the Plaintiff, EPIXTAR CORP. ("Epixtar") filed a Motion for Partial Summary Judgment [D.E. 326].  Pursuant to the Federal Rules of Civil Procedure, the Defendants shall file their Response to the Motion for Partial Summary Judgment by June 1, 2009.

2.      The Plaintiff's Motion for Summary Judgment along with the exhibits are four hundred seventy (470) pages.  In order for the Defendants to properly respond to the Motion, they will need to (i) review the Motion and exhibits; (ii) research the case law cited in the Motion; (iii) review the record evidence in this case consisting of tens of thousands of pages; (iv) confer with their clients to discuss the Motion for Partial Summary Judgment; and (v) file a response.  Accordingly, the Defendants respectfully request a thirty (30) days extension to file its response.

3.      The undersigned certifies that an extension of time for the Defendants to respond to the Motion for Partial Summary Judgment has not been previously sought by the Defendants and the Defendants consent to the relief requested in this Motion.

4.      The undersigned further certifies that this Motion is brought in good faith, is not sought for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion.

5.      The undersigned certifies he contacted the Plaintiff's Counsel, Norman Moscowitz, Esq., in good faith to request agreement to an extension. Mr. Moscowitz is agreeable to a fourteen (14) day extension of time.  In response, the undersigned suggested a twenty (20) day extension of time and if the Defendants needed additional time, the undersigned would contact Mr. Moscowitz to discuss.  Mr. Moscowitz would not agree.  For the reasons stated herein, the Defendants believe a thirty (30) day extension is required to formulate a proper response to the Plaintiff's Motion for Partial Summary Judgment.

WHEREFORE, Defendant's McClain and Company L.C., and CBIZ, Inc., respectfully request that this Motion be granted.

Dated:   May 29, 2009
         Boca Raton, FL

Respectfully submitted,

**SHENDELL & POLLOCK, P.L.**
*Attorneys for McClain & Company, L.C.,*
*and CBIZ, Inc.*
One Park Place
621 N.W. 53rd Street, Suite 310
Boca Raton, FL 33487
Telephone (561) 241-2323
Fax:        (561) 241-2330
Email:        gary@shendellpollock.com
              ken@shendellpollock.com

By:    /s/ Kenneth S. Pollock
       Gary R. Shendell
       Florida Bar No. 0964440
       Kenneth S. Pollock
       Florida Bar No: 0069558

### CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court as set forth in Local Rule 2090-1(A).

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on May 29, 2009.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Kenneth S. Pollock
Kenneth S. Pollock

## SERVICE LIST

| | |
|---|---|
| **Norman A. Moscowitz, Esq.**<br>Moscowitz & Moscowitz, P.A.<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2050<br>Miami, FL 33131<br>**VIA CM/ECF** | **Sam S. Lewis, Esq.**<br>Marlow Connell, et al.<br>4000 Ponce De Leon Blvd, Suite 570<br>Coral Gables, FL  33146<br>**VIA ELECTRONIC MAIL** |
| **Jerry M. Markowitz, Esq.**<br>**Ross. R. Hartog**, **Esq.**<br>Markowitz, Davis Ringel & Trussy, P.A.<br>9130 S. Dadeland Blvd., Ste. 1225<br>Miami, Florida  33156<br>**VIA CM/ECF** | |

*W:\Files\McClain and Company, LC\PLEAD - MET 2 Respond to MSJ.doc*