ORDERED in the Southern District of Florida on **JUN 0 2 2009**



*A. Jay Cristol*

A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NO. 05-42040-BKC-AJC through 05-42049-BKC-AJC (Jointly Administered) |
| EPIXTAR CORP., | |
| Debtor. | CHAPTER 11 |
| _____/ | |
| EPIXTAR CORP., | ADV. NO. 08-01208 BKC-AJC-A |
| Plaintiff, | |
| v. | |
| MCCLAIN & COMPANY, L.C. CBIZ, INC. and MICHAEL DESIATO, | |
| Defendants. | |
| _____/ | |

### ORDER ON DEFENDANTS, MCCLAIN & COMPANY, L.C. AND CBIZ, INC.'S AGREED MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT SET FOR JUNE 24, 2009

**THIS CAUSE** came before the court on Defendant's, MCCLAIN & COMPANY, L.C., and CBIZ, Inc., Agreed Motion to Continue Hearing on Plaintiff's Motion for Partial Summary Judgment and the Court having reviewed the motion, being advised of the parties agreement and being otherwise fully advised in the premise, it is hereupon

**ORDERED and ADJUDGED that:**

1) Defendants' Motion to Continue Hearing on Plaintiff's Motion for Partial Summary Judgment is hereby **GRANTED.**

2) The hearing is hereby rescheduled to _July 16, 2009_ at _3:00_ a̶m̶/**pm.**

~~DONE AND ORDERED in Chambers, at Miami-Dade County, Florida, this ___ day of June, 2009~~.

### ###

**Submitted by:**
Samuel S. Lewis, Esq.
4000 Ponce De Leon Blvd.
Suite 570
Coral Gables, FL 33141
*Co-Counsel for McClain & Company, L.C.,
and CBIZ, Inc.*

and

Kenneth S. Pollock, Esq.
Florida Bar No. 69558
ken@shendellpollock.com
SHENDELL & POLLOCK, P.L.
*Attorneys for McClain & Company, L.C.,
and CBIZ, Inc.*
One Park Place
621 N.W. 53rd Street, Suite 310
Boca Raton, FL 33487
Telephone (561) 241-2323
Fax:       (561) 241-2330

**Copies to:**
Kenneth S. Pollock [Attorney Pollock is directed to serve a copy of this order upon all interested parties and file a certificate of service]