UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NO.   05-42040-BKC-AJC through |
|  | 05-42049-BKC-AJC |
| EPIXTAR CORP., | (Jointly Administered) |
| Debtor. | CHAPTER 11 |
| _____/ | |
| EPIXTAR CORP., | ADV. NO. 08-01208 BKC-AJC-A |
| Plaintiff, | |
| v. | |
| MCCLAIN & COMPANY, L.C. CBIZ, INC. | |
| Defendants. | |
| _____/ | |

### DEFENDANTS' UNOPPOSED MOTION FOR FOUR (4) DAY EXTENSION OF TIME TO FILE THEIR REPLY TO THE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL

Defendants, MCCLAIN & COMPANY, L.C., and CBIZ, INC., (collectively referred to as the "Defendants"), by and through their undersigned counsel, and pursuant to the applicable Local Bankruptcy Rules, hereby file this Unopposed Motion for a Four (4) Day Extension of Time to File their Reply to the Plaintiff's Response to Defendants Motion to Compel to which a reply is due on June 15, 2009, and in support of their Motion, respectfully represent the following:

1.  Defendants' Motion to Compel better was filed with this Court on June 2, 2009 [D.E. 339].

2. Plaintiff filed its Response to Defendants' Motion to Compel on June 10, 2009. [D.E. 348]

3. Under the applicable Bankruptcy Rules, the Defendants' Reply to the Plaintiff's Response would be due on June 15, 2009.

4. Defendants' lead counsel, Gary Shendell was out of town for the past week, and has been in a court ordered Mediation since the beginning of the day. In addition, Kenneth Pollock, was been involved in a specially arranged on-site document review of thousands of pages of financial documents in a receivership case pending before the Miami-Dade Circuit Court that occupied most of his time last week.

5. The undersigned certifies that an extension of time to respond has not been previously sought by the Defendants and the Defendants consent to the relief requested in this Motion.

6. The undersigned further certifies that this Motion is brought in good faith, is not sought for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion.

7. The undersigned certifies he contacted the Plaintiff's Counsel, Norman Moscowitz, Esq., in good faith to request agreement to an extension. Mr. Moscowitz agreed to the relief requested in this motion.

WHEREFORE, Defendants', McClain and Company L.C., and CBIZ, Inc., respectfully request that this Motion be granted.

Dated:   June 15th, 2009
       Boca Raton, FL

                                         Respectfully submitted,

**SHENDELL & POLLOCK, P.L.**
*Attorneys for McClain & Company, L.C.,*
*and CBIZ, Inc.*
One Park Place
621 N.W. 53rd Street, Suite 310
Boca Raton, FL 33487
Telephone (561) 241-2323
Fax:         (561) 241-2330
Email:          gary@shendellpollock.com
                ken@shendellpollock.com

By:     /s/ Kenneth S. Pollock
    Gary R. Shendell
    Florida Bar No. 0964440
    Kenneth S. Pollock
    Florida Bar No: 0069558

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court as set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 15th day of June, 2009. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Kenneth S. Pollock
Kenneth S. Pollock

**SERVICE LIST**

| **Norman A. Moscowitz, Esq.**<br>Moscowitz & Moscowitz, P.A.<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2050<br>Miami, FL 33131<br>**VIA CM/ECF** | **Sam S. Lewis, Esq.**<br>Marlow Connell, et al.<br>4000 Ponce De Leon Blvd, Suite 570<br>Coral Gables, FL 33146<br>**VIA ELECTRONIC MAIL** |
|---|---|
| **Jerry M. Markowitz, Esq.**<br>**Ross. R. Hartog**, **Esq.**<br>Markowitz, Davis Ringel & Trussy, P.A.<br>9130 S. Dadeland Blvd., Ste. 1225<br>Miami, Florida 33156<br>**VIA CM/ECF** | |

*W:\Files\McClain and Company, LC\PLEAD - Motion For 4 Day Extension to File Reply re MTC.doc*