UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re                                    CASE NOS. 05-42040-BKC-AJC through
                                                                   05-42049-BKC-AJC
EPIXTAR CORP.,                                 (Jointly Administered)

   Debtor.
                                         CHAPTER 11

_____/

EPIXTAR CORP.,                           ADV. No. 08-01208-AJC

   Plaintiff,

v.

MCCLAIN & COMPANY, L.C.,
CBIZ, INC., and
MICHAEL DESIATO,

   Defendants.
_____/

**PLAINTIFF EPIXTAR CORP.'S MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

Plaintiff, Epixtar Corp. ("Epixtar") by and through undersigned counsel, pursuant to Federal Bankruptcy Rule 9006(b), respectfully moves for an extension of time, up to and including July 9, 2009, to respond to Defendants' motion for summary judgment.

In support of this motion, Epixtar states as follows:

1. On June 8, 2009, the Defendants filed their motion for summary judgment. (DE 345.)

2. Epixtar seeks at least 30 days time, up to and including July 9, 2009, to respond.

3. In making this request, it should be noted that Epixtar filed its motion for partial summary judgment on liability on May 22, 2009. (DE 326.) The Court set the hearing on the motion for June 24, 2009. (DE 327.)

4. On May 29, 2009, the Defendants moved for an extension of time until July 1, 2009, to file their response. (DE 340.) The Court granted the requested extension, giving the Defendants a total of 38 days to respond. (DE 340.)

5. On June 1, 2009, the Defendants filed an agreed motion to continue the hearing on Epixtar's summary judgment motion to a later date. (DE 338.) The Court granted the motion, continuing the hearing to July 16, 2009. (DE 341.)

6. Defendants do not oppose Epixtar's requested extension, so long as the summary judgment hearing (assuming that the Court will hear both motions at the same hearing) is continued to a later date, so they have sufficient time to file a reply to Epixtar's response. Epixtar does not oppose a brief further extension.

WHEREFORE, Epixtar respectfully requests that this motion be granted and that it be permitted to serve its response by July 9, 2009.

Respectfully submitted,

MOSCOWITZ & MOSCOWITZ, P.A.
Counsel to Plaintiff Epixtar Corp.
Mellon Financial Center, Suite 2050
1111 Brickell Avenue
Miami, Florida  33131
Tel: (305)379 - 8300
Fax: (305)379 - 4404

By: s/Norman A. Moscowitz
    Norman A. Moscowitz
    Florida Bar No.: 765643
    nmoscowitz@mmmpa.com
    Jane W. Moscowitz
    Florida Bar No.: 586498
DATE: June 18, 2009        jmoscowitz@mmmpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. .   I also certify that the foregoing document is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or if not authorized to receive electronically Notices of electronic filing, sent via U.S. Mail and e-mail:

Kenneth S. Pollock, Esq.
Shendell & Pollock, P.L.
621 NW 53rd Street, Ste 310
Boca Raton, FL 33487

Samuel S. Lewis, Esq.
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Florida 33146l

Jerry M. Markowitz, Esq.
Ross R. Hartog, Esq.
Markowitz, Davis, Ringel & Trusty, P.A.
9130 S. Dadeland Blvd, Ste 1225
Miami, FL 33156

                                                s/Norman A. Moscowitz
                                                   Norman A. Moscowitz

MOSCOWITZ & MOSCOWITZ, P.A.
Mellon Financial Center • 1111 Brickell Avenue Suite 2050 Miami, Florida 33131 • Telephone 305.379.8300 • Facsimile 305.379.4404

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  CASE NOS.  05-42040-BKC-AJC through
 05-42049-BKC-AJC
EPIXTAR CORP., (Jointly Administered)

Debtor.
CHAPTER 11
_____/

EPIXTAR CORP., ADV. No.  08-01208-AJC

Plaintiff,

v.

MCCLAIN & COMPANY, L.C.,
CBIZ, INC., and
MICHAEL DESIATO,

Defendants.
_____/

**ORDER GRANTING PLAINTIFF EPIXTAR CORP.'S MOTION  FOR EXTENSION OF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**THIS CAUSE** came before the Court upon consideration of the Plaintiff Epixtar

Corp.'s Motion for Extension Of Time To Respond To Defendants' Motion for Summary

Judgment, filed on June 18, 2009. The Court finds the facts contained in the Motion are reasonable and in the best interests of the parties, that the motion is not for purpose of delay, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED, as follows:

1. The Motion is GRANTED.

2. The Plaintiff's response shall be served on or before July 9, 2009.

###

**Submitted by:**
Norman A. Moscowitz, Esq.
Fla. Bar No. 765643
nmoscowitz@mmmpa.com
MOSCOWITZ & MOSCOWITZ, P.A.
Counsel for Plaintiff, Epixtar Corp.
1111 Brickell Avenue, Ste 2050
Miami, FL 33131
Telephone: (305) 379-8300
Facsimile: (305) 358-1221


**Copies to:**
Norman A. Moscowitz [Attorney Moscowitz is directed to serve a copy of this order upon all interested parties and file a certificate of service].