UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re

EPIXTAR CORP.,

Debtor.

CASE NOS. 05-42040-BKC-AJC through
05-42049-BKC-AJC
(Jointly Administered)

CHAPTER 11

_____/

EPIXTAR CORP.,

Plaintiff,

v.

MCCLAIN & COMPANY, L.C.,
CBIZ, INC., and
MICHAEL DESIATO,

Defendants.

ADV. No. 08-01208-AJC

_____/

**PLAINTIFF EPIXTAR CORP.'S RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO CONTINUE HEARING ON PLAINTIFF'S AND DEFENDANTS'
<u>MOTIONS FOR SUMMARY JUDGMENT</u>**

First, Defendants' prayer for relief stating that the Plaintiff and the Defendants **jointly** request that the motion be granted is incorrect. On June 20th, we wrote to defense counsel stating that we do not agree to file a joint motion to continue. (See attachment "A.") Second, the certification that the subject matter of the motion was discussed is only partially correct. The motion is the first notice to Epixtar's counsel that the reason for the requested continuance is that defense counsel will be out of the country on July 16th. Until now, the stated reason was that defense counsel wanted additional time to file a reply to Epixtar's response to its motion, now due on July 9th.

Most important, it is not correct that "neither the parties nor the administration of justice will

be prejudiced by the Court's granting of this motion." Epixtar filed its partially summary judgment motion on May 22nd. On May 27th, the Court set hearing on the motion for June 24th. (DE 327.) Epixtar agreed to a request by Defendants to continue the hearing because the date conflicted with the vacation of one of the Defense counsel, and the hearing was then continued to July 16th. Now, Defendants want to continue the hearing until late August, a time when Epixtar's counsel may not be available. This means that the hearing would not take place until September, over three months after the summary judgment motion was filed. That delay is prejudicial to Epixtar.

WHEREFORE, Epixtar respectfully requests that this motion be denied.

**I HEREBY CERTIFY** that the undersigned attorney is appearing pro hac vice in this matter pursuant to court order dated May 9, 2007.

Respectfully submitted,

MOSCOWITZ & MOSCOWITZ, P.A.
Counsel to Plaintiff Epixtar Corp.
Mellon Financial Center, Suite 2050
1111 Brickell Avenue
Miami, Florida 33131
Tel: (305)379 - 8300
Fax: (305)379 - 4404

DATE: July 1, 2009

By: s/Norman A. Moscowitz
Norman A. Moscowitz
    Florida Bar No.: 765643
    nmoscowitz@mmmpa.com
Jane W. Moscowitz
    Florida Bar No.: 586498
    jmoscowitz@mmmpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or if not authorized to receive electronically Notices of electronic filing, sent via e-mail:

Kenneth S. Pollock, Esq.
Shendell & Pollock, P.L.
621 NW 53rd Street, Ste 310
Boca Raton, FL 33487

Samuel S. Lewis, Esq.
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Florida 331461

Jerry M. Markowitz, Esq.
Ross R. Hartog, Esq.
Markowitz, Davis, Ringel & Trusty, P.A.
9130 S. Dadeland Blvd, Ste 1225
Miami, FL 33156

                                                                       s/Norman A. Moscowitz
                                                                       Norman A. Moscowitz

MOSCOWITZ & MOSCOWITZ, P.A.
Mellon Financial Center • 1111 Brickell Avenue Suite 2050 Miami, Florida 33131 • Telephone 305.379.8300 • Facsimile 305.379.4404

# ATTACHMENT A

Norman Moscowitz - Re: McClain adv Epixtar; Extension of Time to File Memorandum Orders and Joint Motion to Continue MSJ He...

Case 08-01208-AJC    Doc 376    Filed 07/01/09    Page 5 of 5

**From:** Norman Moscowitz
**To:** Kerry@shendellpollock.com
**Date:** 6/20/2009 8:27:22 AM
**Subject:** Re: McClain adv Epixtar; Extension of Time to File Memorandum Orders and Joint Motion to Continue MSJ Hearings

Dear Mr. Kessler,

We do not agree to file a joint motion with you. We filed a motion for additional time to respond. We said that you do not oppose if the hearing is continued. We said we don't object to a brief continuance. You may represent that in your motion. We don't agree to a date as late as the week of August 3rd. Ken had said he would inquire about an earlier date.

Norman Moscowitz


nmoscowitz@mmmpa.com

Moscowitz & Moscowitz, P.A.
Mellon Financial Center
1111 Brickell Avenue, Suite 2050
Miami, FL 33131

Telephone: (305) 379 8300
Facsimile: (305) 379 4404

The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited. Please immediately contact the sender if you have received this message in error. Thank you.