ORDERED in the Southern District of Florida on July 1, 2009.



A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NOS. 05-42040-BKC-AJC through 05-42049-BKC-AJC |
| EPIXTAR CORP., | (Jointly Administered) |
| Debtor. | CHAPTER 11 |
| _____/ | |
| EPIXTAR CORP., | |
| Plaintiff, | |
| v. | ADV. NO. 08-01208 BKC-AJC-A |
| MCCLAIN & COMPANY, L.C. CBIZ, INC. and MICHAEL DESIATO, | |
| Defendants. | |
| _____/ | |

**ORDER ON DEFENDANTS' MOTION TO CONTINUE HEARING ON PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

**THIS CAUSE** came before the court on Defendant's, MCCLAIN & COMPANY, L.C., and CBIZ, Inc., Motion to Continue Hearing on Plaintiff's Motion for Partial Summary Judgment [ D.E. 326] and Defendant's Motion for Summary Judgment [D.E. 345] and the Court having reviewed the motion and being otherwise fully advised in the premise, it is hereupon

**ORDERED and ADJUDGED** that:

1) Defendants' Motion to Continue Hearing on Plaintiff's Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment is hereby **GRANTED**.

2) The hearing is ~~hereby~~ rescheduled to August 20, 2009, at 2:30 ~~am~~/pm.

~~DONE AND ORDERED in Chambers, at Miami-Dade County, Florida, this ___ day of July, 2009.~~

###

**Submitted by:**

Kenneth S. Pollock, Esq.
Florida Bar No. 69558
ken@shendellpollock.com
SHENDELL & POLLOCK, P.L.
*Attorneys for McClain & Company, L.C., and CBIZ, Inc.*
One Park Place
621 N.W. 53rd Street, Suite 310
Boca Raton, FL 33487
Telephone (561) 241-2323
Fax:         (561) 241-2330

**Copies to:**
Kenneth S. Pollock [Attorney Pollock is directed to serve a copy of this order upon all interested parties and file a certificate of service]