UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NOS. 05-42040-BKC-AJC through |
| | 05-42049-BKC-AJC |
| EPIXTAR CORP., | (Jointly Administered) |
| Debtor. | CHAPTER 11 |
| _____/ | |
| EPIXTAR CORP., | ADV. No. 08-01208-AJC |
| Plaintiff, | |
| v. | |
| MCCLAIN & COMPANY, L.C., | |
| CBIZ, INC., and | |
| MICHAEL DESIATO, | |
| Defendants. | |
| _____/ | |

**PLAINTIFF EPIXTAR CORP.'S MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT AND TO REPLY TO DEFENDANTS' RESPONSE TO ITS
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Plaintiff, Epixtar Corp. ("Epixtar") by and through undersigned counsel, pursuant to Federal Bankruptcy Rule 9006(b), respectfully moves for an extension of time, up to and including August 5, 2009, to respond to Defendants' motion for summary judgment and to reply to their response to its motion for partial summary judgment.

In support of this motion, Epixtar states as follows:

1.  At the Defendants' request, the Court has continued the date of the hearing on the

parties' summary judgment motions from July 16, 2009, to August 20, 2009. (The hearing was first set, on Epixtar's motion for summary judgment, on June 24, 2009, but continued, also at the request of the Defendants, to July 16th.)

2. Epixtar's response is due to be filed on July 9th. While this gave Epixtar less than 30 days to respond, it requested this date so that Defendants would have sufficient time to file a reply before the then scheduled July 16th hearing.

3. However, due to the press of other matters and non-work related reasons, Epixtar's counsel have been unable to complete Epixtar's response to the Defendants' summary judgment motion and its reply to Defendants' response to its motion for partial summary judgment.

4. During the next few weeks, Epixtar's counsel will, on a number of occasions, be traveling with family and will be away from the office for other non-work related reasons.

5. Given their personal and other work commitments, Epixtar's counsel request an extension until August 5, 2009, to file both Epixtar's response to Defendants' summary judgment motion and its reply to Defendants' response to its partial summary judgment motion.

6. Defendants oppose this request, agreeing to an extension only to July 18th. However, this is insufficient. Moreover, as the hearing is not until August 20th, Defendants will not be prejudiced by an extension until August 5th. They will still have two weeks to file their reply. It should be noted that the two continuances of the summary judgment hearing have been granted because of defense counsels' vacation schedules. They should, therefore, not now object to a requested extension by Epixtar's counsel on similar grounds. While defense counsel may

have additional vacation plans in August, among the three law firms and seven lawyers who are working on this matter for Defendants, they should have sufficient time and resources during those two weeks before the hearing to file their reply.

WHEREFORE, Epixtar respectfully requests that this motion be granted and that it be permitted to serve its response and reply by August 5, 2009.

**I HEREBY CERTIFY** that the undersigned attorney is appearing pro hac vice in this matter pursuant to court order dated May 9, 2007.

Respectfully submitted,

MOSCOWITZ & MOSCOWITZ, P.A.
Counsel to Plaintiff Epixtar Corp.
Mellon Financial Center, Suite 2050
1111 Brickell Avenue
Miami, Florida  33131
Tel: (305)379 - 8300
Fax: (305)379 - 4404

By: s/Norman A. Moscowitz
    Norman A. Moscowitz
    Florida Bar No.: 765643
    nmoscowitz@mmmpa.com
    Jane W. Moscowitz
    Florida Bar No.: 586498

DATE: July 7, 2009    jmoscowitz@mmmpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or if not authorized to receive electronically Notices of electronic filing, sent via U.S. Mail and e-mail:

Kenneth S. Pollock, Esq.
Shendell & Pollock, P.L.
621 NW 53rd Street, Ste 310
Boca Raton, FL 33487

Samuel S. Lewis, Esq.
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Florida 33146l

Jerry M. Markowitz, Esq.
Ross R. Hartog, Esq.
Markowitz, Davis, Ringel & Trusty, P.A.
9130 S. Dadeland Blvd, Ste 1225
Miami, FL 33156

                                                 s/Norman A. Moscowitz
                                                  Norman A. Moscowitz

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                         CASE NOS.  05-42040-BKC-AJC through
                                                                           05-42049-BKC-AJC
    EPIXTAR CORP.,                                   (Jointly Administered)

        Debtor.
                                               CHAPTER 11

_____/

    EPIXTAR CORP.,                             ADV. No.  08-01208-AJC

        Plaintiff,

    v.

    MCCLAIN & COMPANY, L.C.,
    CBIZ, INC.,and
    MICHAEL DESIATO,

        Defendants.
_____/

**ORDER GRANTING PLAINTIFF EPIXTAR CORP.'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT AND TO REPLY TO DEFENDANTS'
RESPONSE TO ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

**THIS CAUSE** came before the Court upon consideration of the Plaintiff Epixtar

Corp.'s Motion for Extension Of Time To Respond To Defendants' Motion for Summary Judgment And To Reply To Defendants' Response To Its Motion For Partial Summary Judgment, filed on July 7, 2009.  The Court finds the facts contained in the Motion are reasonable and in the best interests of the parties, that the motion is not for purpose of delay, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED, as follows:

1. The Motion is GRANTED.

2. The Plaintiff's response and reply shall be served on or before August 5, 2009.

### 

**Submitted by:**
Norman A. Moscowitz, Esq.
Fla. Bar No. 765643
nmoscowitz@mmmpa.com
MOSCOWITZ & MOSCOWITZ, P.A.
Counsel for Plaintiff, Epixtar Corp.
1111 Brickell Avenue, Ste 2050
Miami, FL 33131
Telephone: (305) 379-8300
Facsimile: (305) 358-1221

**Copies to:**
Norman A. Moscowitz [Attorney Moscowitz is directed to serve a copy of this order upon all interested parties and file a certificate of service].