UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NOS. 05-42040-BKC-AJC through |
| | 05-42049-BKC-AJC |
| EPIXTAR CORP., | (Jointly Administered) |
| Debtor. | CHAPTER 11 |
| _____/ | |
| EPIXTAR CORP., | ADV. No. 08-01208-AJC |
| Plaintiff, | |
| v. | |
| MCCLAIN & COMPANY, L.C., CBIZ, INC., and MICHAEL DESIATO, | |
| Defendants. | |
| _____/ | |

### PLAINTIFF EPIXTAR CORP.'S MOTION TO CONTINUE HEARINGS

Plaintiff, Epixtar Corp. ("Epixtar") by and through undersigned counsel, respectfully moves for an order continuing the hearings now set before the Court on July 15, 2009, at 2:00 P.M. In support of this Motion, Epixtar states as follows:

1. On July 7, 2009, Epixtar moved for an extension of time to file its response to Defendants' summary judgment motion and to file its reply to Defendants' response to its motion for partial summary judgment. (D.E. 381).

2. On July 8, 2009, the Court set Epixtar's motion for a hearing on July 15, 2009, at 2:00 P.M. (Notice of Hearing, DE 382.)

3. On July 10, 2009, the Court also set for hearing on July 15th at 2:00 P.M., the Defendants' motion to defer ruling on Epixtar s bifurcation motion. (Notice of Hearing, DE 385. Defendants' motion is DE 370.)

4. Plaintiff's counsel has a minor medical procedure on July 15th which cannot now be rescheduled. For that reason, neither counsel will be available. Accordingly, Epixtar respectfully requests that the Court reset these hearings to a later date. (Counsel is unavailable on July 22 - 24th.)

5. Defendants have not responded to the request by Epixtar's counsel for their position on this motion.

WHEREFORE, Epixtar respectfully requests that this motion be granted.

**I HEREBY CERTIFY** that the undersigned attorney is appearing pro hac vice in this matter pursuant to court order dated May 9, 2007.

Respectfully submitted,

MOSCOWITZ & MOSCOWITZ, P.A.
Counsel to Plaintiff Epixtar Corp.
Mellon Financial Center, Suite 2050
1111 Brickell Avenue
Miami, Florida  33131
Tel: (305)379 - 8300
Fax: (305)379 - 4404

By: s/Norman A. Moscowitz
    Norman A. Moscowitz
    Florida Bar No.: 765643
    nmoscowitz@mmmpa.com
    Jane W. Moscowitz
    Florida Bar No.: 586498
DATE: July 13, 2009    jmoscowitz@mmmpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or if not authorized to receive electronically Notices of electronic filing, sent via U.S. Mail and e-mail:

Kenneth S. Pollock, Esq.
Shendell & Pollock, P.L.
621 NW 53rd Street, Ste 310
Boca Raton, FL 33487

Samuel S. Lewis, Esq.
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Florida 33146l

Jerry M. Markowitz, Esq.
Ross R. Hartog, Esq.
Markowitz, Davis, Ringel & Trusty, P.A.
9130 S. Dadeland Blvd, Ste 1225
Miami, FL 33156

                                                      s/Norman A. Moscowitz
                                                        Norman A. Moscowitz

MOSCOWITZ & MOSCOWITZ, P.A.
Mellon Financial Center • 1111 Brickell Avenue Suite 2050 Miami, Florida 33131 • Telephone 305.379.8300 • Facsimile 305.379.4404