ORDERED in the Southern District of Florida on 13 July 2009



*A. Jay Cristol*

A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NOS. 05-42040-BKC-AJC through |
| | 05-42049-BKC-AJC |
| EPIXTAR CORP., | (Jointly Administered) |
| Debtor. | CHAPTER 11 |
| _____/ | |
| EPIXTAR CORP., | ADV. No. 08-01208-AJC |
| Plaintiff, | |
| v. | |
| MCCLAIN & COMPANY, L.C., | |
| CBIZ, INC., and | |
| MICHAEL DESIATO, | |
| Defendants. | |
| _____/ | |

**ORDER GRANTING PLAINTIFF EPIXTAR CORP.'S
MOTION FOR CONTINUANCE OF HEARING**

**THIS CAUSE** came before the Court upon consideration of the Plaintiff Epixtar

Corp.'s Motion to Continue Hearings (the "Motion") now set for July 15, 2009, at 2:00 P.M. The Court finds the facts contained in the Motion are reasonable and in the best interests of the parties, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED, as follows:

1. The Motion is GRANTED.

2. The Hearings are rescheduled to July 20, 2009, 3:00 ~~a.m.~~/(p.m.) Courtroom 1410, 51 SW 1st Avenue, Miami, FL.

###

**Submitted by:**
Norman A. Moscowitz, Esq.
Fla. Bar No. 765643
nmoscowitz@mmmpa.com
MOSCOWITZ & MOSCOWITZ, P.A.
Counsel for Plaintiff, Epixtar Corp.
1111 Brickell Avenue, Ste 2050
Miami, FL 33131
Telephone: (305) 379-8300
Facsimile: (305) 358-1221

**Copies to:**
Norman A. Moscowitz [Attorney Moscowitz is directed to serve a copy of this order upon all interested parties and file a certificate of service].