UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NO.    05-42040-BKC-AJC through |
| | 05-42049-BKC-AJC |
| EPIXTAR CORP., | (Jointly Administered) |
| Debtor. | CHAPTER 11 |
| _____/ | |
| EPIXTAR CORP., | ADV. NO. 08-01208 BKC-AJC-A |
| Plaintiff, | |
| v. | |
| MCCLAIN & COMPANY, L.C. | |
| CBIZ, INC., | |
| Defendants. | |
| _____/ | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO REPLY TO DEFENDANT'S RESPONSE TO ITS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Defendants, McClain and Co., L.C.,(McClain) and CBIZ, Inc., ("CBIZ"), hereby file their Response to the Plaintiff Epixtar Corp.'s ("Plaintiff") Motion to Extend Time to Respond Defendants' Motion for Summary Judgment ("Response") and to Reply to Defendants' Response to its Motion for Partial Summary Judgment [D.E. 381] ("Reply") and state as follows:

The Plaintiff seeks to extend the deadlines to file its Response to the Defendants' Motion for Summary Judgment [D.E. 345] and its Reply to the Defendants opposition to the Plaintiff's Motion for Partial Summary Judgment [D.E. 379] despite strenuously opposing to the Defendants' prior Motion to Continue Hearing on the parties' respective Summary Judgment

Motions [D.E. 326]. After the Court granted the Motion to Continue the Summary Judgment Hearing, [D.E. 377], the Plaintiff reversed its prior position and seeks this additional extension of time until August 5, 2009.

By way of background, the Defendants' filed their Motion for Summary Judgment on June 8, 2009 and filed their Response to the Plaintiff's Motion for Partial Summary Judgment on July 2, 2009. Notwithstanding the Plaintiff's opposition to the Defendants' Motion to Continue, the Defendants agreed to a further extension of time until July 18, 2009 for the Plaintiff to file its Response and Reply. (**See Exhibit "A"**). If this Court were to grant the Plaintiff's Motion, the Plaintiff would have 67 calendar days to file its Response and 48 days to file its Reply. If the Plaintiff files an extensive Response, this would prejudice the Defendants by requiring them to file their Reply with little opportunity to seek an extension, if warranted, prior to the hearing. Accordingly, this would present a tactical advantage to the Plaintiff and prejudice the Defendants.

Based on the foregoing, the Defendants' respectfully request this Court deny the Plaintiff's Motion and enter an order requiring the Plaintiff to file its Response and Reply by July 23, 2009. Surely, the Plaintiff has had sufficient time to file its Response and Rely.

Dated: July 17, 2009
      Boca Raton, FL

                              Respectfully submitted,

**SHENDELL & POLLOCK, P.L.**
*Attorneys for McClain & Company, L.C.,*
*and Cbiz, Inc.*
One Park Place
621 N.W. 53rd Street, Suite 310
Boca Raton, Florida 33487
Telephone:    561/241-2323
Facsimile:     561/241-2330
Email:         gary@shendellpollock.com
                 ken@shendellpollock.com

By: _____/s/ Kenneth S. Pollock_____
     Gary R. Shendell
     Florida Bar No. 0964440
     Kenneth S. Pollock
     Florida Bar No: 0069558

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this <u>17th</u> day of July, 2009.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              By: <u>/s/ Kenneth S. Pollock</u>
                                   Kenneth S. Pollock
                                   Florida Bar No: 0069558

**SERVICE LIST**

| | |
|---|---|
| Jane E. Moscowitz, Esq.<br>Norman A. Moscowitz, Esq.<br>Moscowitz & Moscowitz, P.A.<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2050<br>Miami, FL 33131<br>**VIA CM/ECF** | Sam S. Lewis, Esq.<br>Marlow Connell, et al.<br>4000 Ponce De Leon Blvd, Suite 570<br>Coral Gables, FL  33146<br>**VIA ELECTRONIC MAIL** |
| **Jerry M. Markowitz, Esq.**<br>**Ross. R. Hartog**, **Esq.**<br>Markowitz, Davis Ringel & Trussy, P.A.<br>9130 S. Dadeland Blvd., Ste. 1225<br>Miami, Florida  33156<br>**VIA CM/ECF** | |

W:\Files\McClain and Company, LC\PLEAD-Response to P's MET to Respond to MSJ.doc