UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

In re                                               CASE NO.    05-42040-BKC-AJC through
                                                                05-42049-BKC-AJC
EPIXTAR CORP.,                                                  (Jointly Administered)

    Debtor.                                     CHAPTER 11

_____/

EPIXTAR CORP.,                                      ADV. NO. 08-01208 BKC-AJC-A

    Plaintiff,

v.

MCCLAIN & COMPANY, L.C.
And CBIZ, INC.

    Defendants.

_____/

## DEFENDANTS' MOTION TO FILE UNDER SEAL

Defendants McClain and Company L.C., (McClain) and CBIZ, Inc., (CBIZ), through the undersigned attorney and pursuant to Local Rule 5003-1(d) hereby respectfully request this Court grant the Defendants leave to file their Supplemental Motion for Summary Judgment under seal and in support thereof state as follows:

1. On March 18, 2008, Epixtar Corp, (Plaintiff) filed the Adversary Complaint [D.E.1] in this matter against McClain, CBIZ, William Urban and Michael DeSiato. Subsequently, William Urban was dismissed from the lawsuit. Later,, an Amended Adversary Complaint was filed which did not name Michael DeSiato as a Defendant.

- 2 -

On August 15, 2008, the parties submitted a proposed stipulated confidentiality order to this court for approval. [D.E. 92]. Pursuant to the terms of the parties' stipulation:

> "In the event that any Confidential Discovery Material is contained in any pleading, motion, exhibit or other paper (collectively the 'Papers") filed or to be filed with the Clerk of the Court, the Party shall submit the Papers with a motion seeking leave to file the Papers under seal. The motion shall explicitly identify the Confidential Discovery Material included and/or described in the Papers and explain why filing under seal is necessary and appropriate under Federal Rule of Civil Procedure 26."

2.      Today, the remaining Defendants, McClain and CBIZ, seek to file their Supplemental Motion for Summary Judgment ("Supplemental Motion") under seal in light of the inclusion of and reference to confidential discovery materials in the Supplemental Motion. (A copy of the Supplemental Motion is submitted under seal with this Motion)   Specifically the Defendants extensively reference a series of Email communications produced by Epixtar involving Michael Seese, Esq., Epixtar's bankruptcy counsel, and Glen Moses, Esq., counsel for the Creditors' Committee.  Epixtar has previously designated these communications as confidential discovery information pursuant to the Confidentiality stipulation.  Accordingly, the Defendants are seeking leave to file the Supplemental Motion under Seal in order to comply with the Confidentiality stipulation and protect the interests of the Plaintiff.

3.      Presumably, Plaintiff designated these emails confidential due to their subject matter, which related to negotiations between counsel for Epixtar and the Creditors Committee. Under Fed. R. Civ. Pro. 26(C)(1)(G) the Court may order that confidential commercial information not be revealed or be revealed only in a certain way.  To that end, negotiations between the creditors committee and the Plaintiff's counsel would arguably come within the umbrella of confidential commercial information.

4.      In light of the foregoing, and pursuant to Local Rule 5003(1)(d) the Defendants hereby submit for filing their attached Supplemental Motion for Summary Judgment with Exhibits under seal and respectfully move this Court to file the attached Motion under seal to preserve the information designated confidential by the Plaintiff.

5.      Defendants have contacted Plaintiff's counsel to determine if any objections to this Motion exist, but as of this filing have not received a response.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail and U.S. Mail upon: **Norman A. Moscowitz, Esq.**, Attorney for Epixtar, Moscowitz & Moscowitz, P.A., Mellon Financial Center, 1111 Brickell Avenue, Suite 2050, Miami, Florida 33131; **Samuel S. Lewis, Esq.**, Co-Counsel for CBiz, Inc., Marlow Connell, et al., 4000 Ponce De Leon Blvd, Suite 570, Coral Gables, FL 33146, and **Jerry M. Markowitz, Esq. and Ross R. Hartog, Esq.**, Co-Counsel for Michael Desiato and McClain & Company, L.C., Markowitz, Davis Ringel & Trussy, P.A. 9130 S. Dadeland Blvd., Ste. 1225, Miami, Florida 33156, on this 28 day of July, 2009.

**SHENDELL & POLLOCK, P.L.**
*Attorneys for McClain & Company, L.C.,*
*and Cbiz, Inc.*
One Park Place
621 N.W. 53rd Street, Suite 310
Boca Raton, Florida 33487
Telephone:   561/241-2323
Facsimile:   561/241-2330
Email: gary@shendellpollock.com
      ken@shendellpollock.com

By: _____ For 57608 _____
Gary R. Shendell
Florida Bar No. 0964440
Kenneth S. Pollock
Florida Bar No: 0069558

W:\Files\McClain and Company, LC\PLEAD - Motion to File Under Seal.doc