ORDERED in the Southern District of Florida on August 14 2009.



A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | CASE NOS. 05-42040-BKC-AJC through |
| | 05-42049-BKC-AJC |
| EPIXTAR CORP., | (Jointly Administered) |
| Debtor. | CHAPTER 11 |
| _____/ | |
| EPIXTAR CORP., | ADV. No. 08-01208-AJC |
| Plaintiff, | |
| v. | |
| MCCLAIN & COMPANY, L.C., and CBIZ, INC., | |
| Defendants. | |
| _____/ | |

**ORDER GRANTING MOTION TO DEFER CONSIDERATION OF DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

**THIS CAUSE** came before the Court at a hearing on August 11, 2009 upon consideration of the Plaintiff Epixtar's Motion To Strike Or Defer Consideration of Defendants'

Supplemental Motion For Summary Judgment (DE 405). The Plaintiff argues that the filing of the Supplemental Motion For Summary Judgment ("the Supplemental Motion") at this time is untimely. The Court agrees.

The Defendants filed their original Summary Judgment Motion on June 8, 2009. By agreement of the parties, Plaintiff's response was due on July 31, 2009. Argument on the summary judgment motions, after two continuances at Defendants' request, was set for August 20, 2009.

On July 28, 2009, the Defendants filed a motion seeking to allow the filing of the Supplemental Motion under seal. (DE 396.) The motion was filed 50 days after Defendants' initial summary judgment motion and three days before Plaintiff's Response was due. The Supplemental Motion is 20 pages long, and attached 13 exhibits. The Court set the motion for hearing.

At the August 11 hearing to determine whether it was appropriate to file the motion under seal, the parties agreed that the motion should be denied and the Supplemental Motion should not be filed under seal. It was agreed that only those exhibits marked "Confidential" would be filed under seal. At the hearing, the Court returned the documents to the Defendants' counsel for filing, in the form as agreed. To date, the Supplemental Motion has not yet been filed of record.

The Court believes that the filing of the Supplemental Motion at this late date would be belated and untimely and it should not be considered at the August 20 hearing nor should it otherwise delay the August 20, 2009 hearing. Accordingly, the Court finds it is only fair to defer consideration of the Supplemental Motion until it has been properly filed of record, all parties have been given proper notice of the motion and all interested parties have been given the

appropriate amount of time to respond to same.

Inasmuch as the Supplemental Motion has not been made a part of the record, it will not be considered at the hearing scheduled for August 20, 2009 on the parties' already-filed motions for summary judgment. Thus, having reviewed the motion to strike or defer, having heard argument of counsel, and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** that Epixtar's Motion is **GRANTED in part**, and consideration of the Supplemental Motion for Summary Judgment will be deferred until such time as the Supplemental Motion has been properly filed and the appropriate amount of time has been provided to the opposing party to respond.

###

**Copies to:**

Norman A. Moscowitz [Attorney Moscowitz is directed to serve a copy of this order upon all interested parties and file a certificate of service].