

**ORDERED in the Southern District of Florida on August 17, 2009.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NO.  05-42040-BKC-AJC through |
| | 05-42049-BKC-AJC |
| EPIXTAR CORP., | (Jointly Administered) |
| Debtor. | CHAPTER 11 |
| _____/ | |
| EPIXTAR CORP., | ADV. NO. **08-01208 BKC-AJC-A** |
| Plaintiff, | |
| v. | |
| McCLAIN & COMPANY, L.C. | |
| CBIZ, INC., and MICHAEL DESIATO | |
| Defendants. | |
| _____/ | |

### ORDER ON DEFENDANTS' MOTION TO FILE DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT UNDER SEAL

**THIS CAUSE** came before the court on the Motion of the Defendants, MCCLAIN & COMPANY, L.C., and CBIZ, INC., (collectively referred to as the "Defendants"),to File the Defendants' Supplemental Motion for Summary Judgment

Under Seal, and the Court having reviewed the motion and having considered the arguments of counsel and being otherwise fully advised in the premise, it is hereupon:

ORDERED:

1. The motion to file under seal is DENIED and said motion may be filed. However, the specific documents identified as Confidential Documents appended to said Motion as exhibits shall be filed under seal until further order of court.

2. Filing of the Defendants' Supplemental Motion for Summary Judgment shall relate back to the original date of filing said Motion with this Court, on July 31, 2009.

# # #

**Submitted by:**

Kerry L. Kessler, Esq.
Florida Bar No. 561592
kerry@shendellpollock.com
SHENDELL & POLLOCK, P.L.
*Attorneys for McClain & Company, L.C.,*
*And CBIZ, Inc.*
One Park Place
621 N.W. 53rd Street, Suite 310
Boca Raton, FL 33487
Telephone (561) 241-2323
Fax:      (561) 241-2330


**Copies to:**
Kerry L. Kessler [Attorney Kessler is directed to serve a copy of this order upon all interested parties and file a certificate of service]